EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Rita Julia Ramírez Castillo | 2006 TSPR 75 <br><br> 167 DPR \_\_\_\_ |

Número del Caso: TS-6763

Fecha: 1 de mayo de 2006

 Abogada de la Parte Peticionaria:

Por Derecho Propio

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Baja Voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Rita Julia Ramírez Castillo                TS-6763

RESOLUCIÓN

San Juan, Puerto Rico, a 1 de mayo de 2006.

Examinada la *Moción* presentada por la Lcda. Rita Julia Ramírez Castillo, solicitando su renuncia voluntaria al ejercicio de la abogacía, así como la *Moción en Contestación a Resolución* presentada el 23 de marzo de 2006 por el Colegio de Abogados de Puerto Rico, se autoriza a la Lcda. Rita Julia Ramírez Castillo, a darse de baja voluntariamente de esa Institución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo